**Allen DAVIDSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43259.**

Missouri Court of Appeals,
Western District.

Oct. 1, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Willard B. Bunch, John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BERREY and FENNER, JJ.

## ORDER

**PER CURIAM:**

Appeal from denial of Rule 24.035 motion for post-conviction relief after a hearing.

Affirmed. Rule 84.16(b).